# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITITGATION (NO. VI) | : CONSOLIDATED UNDER<br>: MDL DOCKET NO. 875 |
| ANN BECKWITH<br><br>       v.<br><br>GENERAL ELECTRIC CO., ET AL. | : CIVIL ACTION NO: 10-CV-78942-ER<br>:<br>:<br>:<br>: |
| AND | |
| ALLEN BARKER<br><br>       v.<br><br>GENERAL ELECTRIC CO., ET AL. | : CIVIL ACTION NO: 10-CV-78944-ER<br>:<br>:<br>:<br>: |
| AND | |
| JOSEPH VENDITTO<br><br>       v.<br><br>GENERAL ELECTRIC CO., ET AL. | : CIVIL ACTION NO: 10-CV-78945-ER<br>:<br>:<br>:<br>: |
| AND | |
| ROY SMITH<br><br>       v.<br><br>GENERAL ELECTRIC CO., ET AL. | : CIVIL ACTION NO: 10-CV-78946-ER<br>:<br>:<br>:<br>: |
| AND | |
| LOUIS PERRAS<br><br>       v.<br><br>GENERAL ELECTRIC CO., ET AL. | : CIVIL ACTION NO: 10-CV-78947-ER<br>:<br>:<br>:<br>: |

AND

ROBERT WATZ                                    : CIVIL ACTION NO: 10-CV-78948-ER
                                               :
        v.                                     :
                                               :
GENERAL ELECTRIC CO., ET AL.                   :

AND

SAMUEL FYFE                                    : CIVIL ACTION NO: 10-CV-78949-ER
                                               :
        v.                                     :
                                               :
GENERAL ELECTRIC CO., ET AL.                   :

AND

GEORGE GAVITT                                  : CIVIL ACTION NO: 10-CV-78950-ER
                                               :
        v.                                     :
                                               :
GENERAL ELECTRIC CO., ET AL.                   :

AND

JAMES PONT                                     : CIVIL ACTION NO: 10-CV-78951-ER
                                               :
        v.                                     :
                                               :
GENERAL ELECTRIC CO., ET AL.                   :

AND

RAY DUNKELBARGER                               : CIVIL ACTION NO: 10-CV-78952-ER
                                               :
        v.                                     :
                                               :
GENERAL ELECTRIC CO., ET AL.                   :

AND

| | |
|---|---|
| MANUEL ARRUDA | : CIVIL ACTION NO: 10-CV-78953-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| BRYAN MERFELD | : CIVIL ACTION NO: 10-CV-78954-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| JOHN SMITH | : CIVIL ACTION NO: 10-CV-78955-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| ELAINE MITCHELL | : CIVIL ACTION NO: 10-CV-78956-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| JOYCE JERVIS | : CIVIL ACTION NO: 10-CV-78957-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| CONNIE HOLCOMB | : CIVIL ACTION NO: 10-CV-78958-ER |
| | : |
| v. | : |

|                                   |   |                                      |
|-----------------------------------|---|--------------------------------------|
| GENERAL ELECTRIC CO., ET AL.      | : |                                      |
| AND                               |   |                                      |
| LORI HOLT                         | : | CIVIL ACTION NO: 10-CV-78959-ER      |
|                                   | : |                                      |
| v.                                | : |                                      |
|                                   | : |                                      |
| GENERAL ELECTRIC CO., ET AL.      | : |                                      |

## SCHEDULING ORDER

**AND NOW,** this 2nd day of May, 2011, following upon a telephone conversation of April 26, 2011 with counsel, and with the consent of the parties, **IT IS HEREBY ORDERED THAT**:

1. All fact discovery, including depositions, be completed by: October 31, 2011

2. Plaintiffs' final expert reports must be served by: November 14, 2011

3. Defendant's expert reports must be served by: November 28, 2011

4. Any rebuttal expert report shall be served on or before: December 12, 2011

5. Expert discovery must be completed by: December 27, 2011

6. Any motions in limine under *Daubert v. Merrell Dow,* 509 U.S. 579 (1993), must be filed by: January 9, 2012

7. Responses to any *Daubert* motions must be filed by: January 23, 2012

8. Replies to responses to any *Daubert* motions must be filed by: January 30, 2012

9. Any dispositive motions must be filed by: January 16, 2012

10.  Responses to any dispositive motions must
     be filed by:                                          January 30, 2012

11.  Replies to any dispositive motions must be filed by:  February 6, 2012

12.  A settlement conference, with client
representatives to be in attendance in person,
shall take place on:                                       November 2, 2011

or at such other time as the Court, upon the
recommendations of the parties or otherwise, deems
appropriate.

                                                  BY THE COURT:


                                        /s/ David R. Strawbridge
                                        DAVID R. STRAWBRIDGE
                                        UNITED STATES MAGISTRATE JUDGE